**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**www.flsb.uscourts.gov**


IN RE:                                              CASE NO. 14-29181-BKC-RBR

DENISE JONES,                                       In proceedings under Chapter 13
                                                    BROWARD DIVISION

                    Debtor.

_____/

**MOTION TO APPROVE MORTGAGE MODIFICATION AGREEMENT WITH**
**SETERUS**

The above-referenced Debtor requests the Court enter an Order approving the

Mortgage Modification Agreement with **SETERUS**("Lender") and states as follows:

    1.    **SETERUS** and the Debtor seek to approve a mortgage modification.

    2.    **SETERUS** requires an order from this Honorable Court.

    3.    The proposed modification is attached as exhibit 1.


WHEREFORE, the Debtor requests the Motion to Approve Mortgage Modification

Agreement with **SETERUS**("Lender") be granted and for such other further relief as this

Court deems proper.

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that a true and correct copy of the Debtor's Motion to

Approve  Mortgage Modification Agreement with **<u>SETERUS</u>**, was served by U.S., first

class mail, upon the parties listed below on <u>November 14, 2016</u>

<u>*/S/RAYSA RODRIGUEZ*</u>

Raysa Rodriguez Esq.

FBN 109381

915 Middle River Dr

Suite 401

Ft Lauderdale, FL 33304

954-400-7322/ 954-400-5449

brpa@biggerodriguez.com

Copies to:

Seterus Inc.
14523 SW Millikan Way
#200
Beaverton, OR 97005

Denise Jones
7097 NW 78th Place
Parkland, FL 33067



PO Box 1077; Hartford, CT 06143-1077

## Here's your chance to make your payments more affordable!

L481AK.1

JONES, WILLIAM N
c/o RAYSA I. RODGRIGUEZ, ESP
915 MIDDLE RIVER DRIVE SUITE 4
FORT LAUDERDALE, FL 33304

August 31, 2016

Dear JONES, WILLIAM N:

We want to continue to work with you to modify your mortgage and help make your payments more affordable.

This Trial Period Plan offer is for a Fannie Mae loan modification (Fannie Mae is the owner of your loan). This modification is designed for borrowers who do not meet all of the eligibility criteria for a permanent modification under the Federal Home Affordable Modification Program (HAMP®), or who have been unable to successfully make their payments under either a HAMP or other modification.

With this Fannie Mae modification, you will be required to make trial payments for a specific period of time. This is the first step toward qualifying for more affordable ongoing mortgage payments. Please read this entire letter to understand all of the steps you must take to complete the modification process.

To accept this trial offer, send us the first trial period payment, as soon as possible, but no later than October 31, 2016. To qualify for a permanent modification, you must make the remainder of the trial period payments by the last day of the month that these payments are due. The trial payment due dates appear in the table below. We encourage you to make the trial payments as of the due date to remain current on your plan.

| TRIAL PERIOD PLAN | | |
|---|---|---|
| Payment Number | Payment Amount | Due Date |
| 1st payment | $1,955.41 | October 01, 2016 |
| 2nd payment | $1,955.41 | November 01, 2016 |
| 3rd payment | $1,955.41 | December 01, 2016 |

THIS COMMUNICATION IS FROM A DEBT COLLECTOR AS WE SOMETIMES ACT AS A DEBT COLLECTOR. WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE IN BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT, THIS LETTER IS NOT AN ATTEMPT TO COLLECT THE DEBT. THIS NOTICE IS BEING FURNISHED FOR YOUR INFORMATION AND TO COMPLY WITH APPLICABLE LAWS AND REGULATIONS. IF YOU RECEIVE OR HAVE RECEIVED A DISCHARGE OF THIS DEBT THAT IS NOT REAFFIRMED IN A BANKRUPTCY PROCEEDING, YOU WILL NOT BE PERSONALLY RESPONSIBLE FOR THE DEBT. COLORADO: SEE WWW.COLORADOATTORNEYGENERAL.GOV/CA FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT. Seterus, Inc. maintains a local office at 355 Union Boulevard, Suite 250, Lakewood, CO 80228. The office's phone number is 888.738.5576. NEW YORK CITY: 1411669, 1411665, 1411662. TENNESSEE: This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. Seterus, Inc. is licensed to do business at 14523 SW Millikan Way, Beaverton, OR 97005.

Seterus, Inc.
14523 SW Millikan Way, Suite 200
Beaverton, OR 97005

Page 1 of 5

Business Hours (Pacific Time)
Monday-Thursday 5 a.m. to 8 p.m.
Friday 5 a.m. to 6 p.m.