**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**MMM CHAPTER 13 PLAN (Individual Adjustment of Debts)**

**XX THIRD MODIFIED PLAN** (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: DENISE JONES                               CASE NO.: 14-29181-BKC-RBR

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $947.80 for months 1 to 27;
    B.    $180.24 for months 28 to 42; and
    C.    $176.50 for months 43 to 60 in order to pay the following creditors:

Administrative:  Attorney's Fee - $8,040.00 TOTAL PAID $2,155.00
                 Base Fee $3,500 00 plus $150.00 costs
                 MMM - $2,500.00 plus $65.00 costs
                 Motion to Strip - $775.00
                 Motion to Modify - $525.00
                 Motion to Modify - $525.00
                 Balance Due   $5,885.00 payable $132.49/mo. (Mos. 1 to 27)
                                         payable $153.85/mo. (Mos. 28 to 42)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

Seterus, Inc. as the authorized subservicer for          Arrearage N/A
Federal National Mortgage Association ("Fannie Mae")     Regular N/A
POB 2206
Grand Rapid, MI 49501-2206                               MMM payment  $786.73/mo. (Mos. 1 to 27)
#1063

**"Debtor has been approved for trial period loan modification outside the bankruptcy. Debtor will commence making the payments directly October 1, 2016."**

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Small Business Administration 801 Tom Martin Dr #120 Birmingham, AL 35211 #4002 | homestead - $402,000.00 (value is less than what is owed on the 1st Mortgage) | n/a | n/a | n/a | n/a |

Priority Creditors: [as defined in 11 U.S.C. §507]

Unsecured Creditors:  Pay $10.00/month  (Months 28 to 42) and pay $160.45/mo. (Mos. 43 to 60). Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

Other Provisions Not Included Above:  CYPRESS CAY HOMEOWNERS ASSOCIATION will be paid outside the plan.

LF-31 (rev. 01/08/10)

The Debtor has filed a Verified Motion for Referral to MMM with Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), Lender (#1063) for real property located at 7097 NW 78 Place, Parkland, FL 33067. The parties shall comply with all requirements of the Order of Referral to MMM and all Administrative Orders/Local Rules regarding MMM.

While the MMM is pending and until the trial/interim payment or the permanent mortgage modification/permanent payment is established by the parties, the Debtor has included a post-petition plan payment, absent Court order to the contrary, of no less than 31% of the Debtor's gross monthly income as a good faith adequate protection payment to the Lender. All payments shall be considered timely upon receipt by the Trustee and not upon receipt by the Lender.

Until the MMM is completed and the Final Report of Loss Mitigation Mediator is filed, any objection to the Lender's Proof of Claim on the real property described above shall be held in abeyance as to the regular payment and mortgage arrearage stated in the Proof of Claim only. The Debtor shall assert any and all other objections to the Proof of Claim prior to Confirmation of the plan or the modified plan.

If the Debtor, co-obligor/co-borrower or other third party (if applicable) and the Lender agree to a settlement as a result of the pending MMM, the Debtor will file a Motion to Approve Loss Mitigation Agreement with lender no later than 14 calendar days following settlement. Once the settlement is approved by the Court, the Debtor shall immediately amend or modify the plan to reflect the settlement and the Lender shall amend its Proof of Claim to reflect the settlement, as applicable.

If a settlement is reached after the plan is confirmed, the Debtor will file a motion to modify the plan no later than 30 calender days following approval of the settlement by the Court and the Lender shall have leave to amend its Proof of Claim to reflect the settlement reached after confirmation of the plan. The parties will then timely comply with any and all requirements necessary to complete the settlement. In the event the Debtor receives any financial benefit from the Lender as part of any agreement, the Debtor shall immediately disclose the financial benefit to the Court and the Trustee and amend or modify the plan accordingly.

If the Lender and the Debtor fail to reach a settlement, then no later than 14 calendar days after the Mediator's Final Report is filed, the Debtor will amend or modify the plan to (a) conform to the Lender's Proof of Claim (if the Lender has filed a Proof of Claim) or (b) provide that the real property will be surrendered. If the amended or modified plan provides that the real property is to be surrendered, then the obligations to the Lender will be considered "treated as outside the plan" and the Lender shall have in rem relief from the automatic stay as to the real property being surrendered. Notwithstanding the foregoing, Lender may file a motion to confirm that the automatic stay is not in effect as to the real property.

Confirmation will be without prejudice to the assertion of any rights the Lender has to address payment of its Proof of Claim.

SETERUS (#1063) will be paid directly as of October, 2016.

The claims bar date has passed and the Debtor is paying the allowed unsecured claims 100%.

Debtor shall provide copies of yearly income tax returns to the Trustee no later than May 15th during the pendency of the Chapter 13 case. In the event the Debtor's income or tax refunds increase, Debtor shall increase payments to unsecured creditors over and above payments provided through the Plan up to 100% of allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/S/RAYSA I. RODRIGUEZ, ESQ.
DENISE JONES, Debtor

Date: 11/17/2016

LF-31 (rev. 01/08/10)